U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 29 2016
CLERK, U.S. DISTRICT COURT
By_____
       Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RAUL PONCE, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-782-A |
| | § | |
| CAROLYN W. COLVIN, ACTING | § | |
| COMMISSIONER, SOCIAL SECURITY | § | |
| ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Raul Ponce, Jr. ("Ponce") is plaintiff and the Acting Commissioner of Social Security, currently Carolyn W. Colvin, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claims for a period of disability and disability insurance benefits under Title II of the Social Security Act and for supplemental security income under Title XVI of the Social Security Act. On September 6, 2016, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until September 20, 2016, in which to file and serve any written objections thereto. No objections were filed. Nevertheless, the court has conducted a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal

authorities, and has concluded that the recommendation of the magistrate judge should be accepted. Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS the decisions of the Commissioner that, based on the application for a period of disability and disability insurance benefits protectively filed by plaintiff on January 31, 2013, plaintiff is not disabled under sections 216(i) and 223(d) of the Social Security Act; and, based on the application for supplemental security income protectively filed by plaintiff on January 31, 2013, plaintiff is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and are hereby, affirmed.

SIGNED September 29, 2016.

_____
JOHN McBRYDE
United States District Judge